STATE of Tennessee, Appellant,

v.

K. Gary JENKINS, Appellee.

Supreme Court of Tennessee,
at Nashville.

Oct. 21, 1985.

ORDER

PER CURIAM.

The application of the State for permission to appeal this case was granted. After hearing oral argument and after further consideration of the briefs and the entire record, the Court is of the opinion that the Court of Criminal Appeals reached the correct result. Accordingly this Court concurs in that result, and the judgment of the Court of Criminal Appeals is affirmed at the cost of appellant.